## Commonwealth *v.* Montague, Appellant.

Argued September 12, 1972. *Donald B. Corriere,* for appellant; *Salvador J. Salazar,* Assistant District Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Robinson, Appellant.

Submitted September 11, 1972. *Peter G. Loftus,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.